UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVER JOSE GALINDO, | No. 2:14-cv-1456 CMK P |
| Petitioner, | |
| v. | ORDER |
| RAFAEL ZUNIGA, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with a request to proceed in forma pauperis.

The application attacks a conviction issued by the United States District Court for the District of Hawaii. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Hawaii. Id. at 499 n.15; 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

///

1

2.  This matter is transferred to the United States District Court for the District of Hawaii.

Dated: November 18, 2014

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

/kly
gali 14cv1456.108